1  ROBERT E. FREITAS (State Bar No. 80948)
    rfreitas@orrick.com
2  MATTHEW H. POPPE (State Bar No. 177854)
    mspillner@orrick.com
3  KRISTIN S. CORNUELLE (State Bar No. 245728)
    kcornuelle@orrick.com
4  JACOB A. SNOW (*pending admission*)
    jsnow@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6  Menlo Park, CA  94025
    Telephone:    (650) 614-7400
7  Facsimile:    (650) 614-7401

8  Attorneys for Defendant
    Hantle USA, Inc.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  HYOSUNG (AMERICA), INC. and<br>NAUTILUS HYOSUNG INC.,<br>15<br>16         Plaintiffs,<br>17      v.<br>18  HANTLE USA, INC.,<br>19         Defendant. | Case No. CV10-2160 BZ<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  May 19, 2010<br>Judge: The Honorable Bernard Zimmerman |

20
21
22
23
24
25
26
27
28

OHS West:260932045.1

1  **WHEREAS**, Plaintiffs Hyosung (America), Inc. and Nautilus Hyosung Inc. ("Plaintiffs")
2  filed a Complaint For Avoidance And Recovery Of Fraudulent Conveyance And Related Claims
3  on or about May 19, 2010 against Defendant Hantle USA, Inc. ("Defendant");

4  **WHEREAS**, Plaintiffs served Defendant with the Complaint and other documents on or
5  about May 19, 2010;

6  **WHEREAS**, Defendant's response to the Complaint was originally due on or before
7  June 9, 2010;

8  **WHEREAS**, Plaintiffs have agreed to grant Defendant an extension of time to and
9  including June 16, 2010 in which to respond to the Complaint;

10 **WHEREAS**, this is the first such extension of time and not for the purposes of delay,

11 **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
12 their respective attorneys of record, as follows:

13 The parties jointly stipulate that Defendant's time in which to answer, move or otherwise
14 respond to Plaintiffs' Complaint shall be extended to and including June 16, 2010.

15 Dated: June 9, 2010                    Respectfully submitted,

16                                        ROBERT E. FREITAS
                                          MATTHEW H. POPPE
17                                        KRISTIN S. CORNUELLE
                                          JACOB A. SNOW
18                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

19
                                          _/s/  Matthew H. Poppe  /s/_
20                                        Matthew H. Poppe
                                          Attorneys for Defendant
21                                        Hantle USA, Inc.

22 Dated: June 9, 2010                    ADAM A. LEWIS
                                          GRANT L. KIM
23                                        ALISON M. TUCHER
                                          MORRISON & FOERSTER LLP
24

25                                        _/s/ Grant L. Kim /s/_
26                                        Grant L. Kim
                                          Attorneys for Plaintiffs
27                                        Hyosung (America), Inc. and
                                          Nautilus Hyosung, Inc.
28

**IT IS SO ORDERED**
/s/ Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHS West:260932045                  - 1 -         STIPULATION FOR EXTENSION OF TIME
                                                  TO RESPOND TO COMPLAINT
                                                  CASE NO. CV 10 2160 (BZ)

1  **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.
3  Dated: June 9, 2010                              Respectfully submitted,
4
5                                         */s/ Matthew H. Poppe /s/*
                                              Matthew H. Poppe