ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Petitioners
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC.<br><br>Petitioners,<br><br>v.<br><br>HANTLE USA, INC.,<br><br>Defendant. | Case No.   CV-10-2160- SBA<br><br>**STIPULATION AND ORDER REGARDING ADR PROCESS**<br><br>Judge:  Hon. Saundra B. Armstrong |

Pursuant to Civil L.R. 16-8(c), Plaintiffs Hyosung (America), Inc. and Nautilus Hyosung Inc. and Defendant Hantle USA, Inc. have conferred concerning selection of an ADR process for this case. The Case Management Conference in this case was originally scheduled for September 27, 2010, but is now scheduled for February 1, 2011, due to several postponements.

Plaintiffs have informed Defendant Hantle USA that they intend to move to amend their complaint to add Genmega, Inc., as an additional defendant. The parties have agreed that in view

1  of the possible addition of a new party, it is premature to select an ADR process until after a

2  decision is made on whether that new party is added.  Accordingly, the parties have agreed,

3  subject to a reservation of rights by both parties and the Court's approval, that they will discuss

4  an ADR process after a decision is made on whether Genmega, Inc. will be added as a party.  The

5  parties have further agreed to file either a "Stipulation and (Proposed) Order Selecting ADR

6  Process" or a "Notice of Need for ADR Phone Conference" after those discussions are completed.

7      In addition to stipulating to the above, I, Grant L. Kim, attest that concurrence in the filing

8  of this Stipulation has been obtained from Matthew Poppe, Counsel for Defendant Hantle USA.

| Dated: January 11, 2011 | ADAM A. LEWIS |
| --- | --- |
| | GRANT L. KIM |
| | ALISON M. TUCHER |
| | BARBARA N. BARATH |
| | MORRISON & FOERSTER LLP |
| | |
| | By:   /s/ Grant L. Kim /s/ |
| |        Grant L. Kim |
| | |
| | Attorneys for Plaintiff(s) |
| | HYOSUNG (AMERICA), INC. |
| | NAUTILUS HYOSUNG, INC. |

| Dated: January 11, 2011 | ROBERT E. FREITAS |
| --- | --- |
| | MATTHEW H. POPPE |
| | KRISTIN S. CORNUELLE |
| | JACOB A. SNOW |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | By:   /s/ Matthew H. Poppe /s/_ [as authorized] |
| |        Matthew H. Poppe |
| | |
| | Attorneys for Defendant |
| | HANTLE USA, INC. |

STIPULATION REGARDING ADR PROCEDURE
CASE NO. CV-10-2160- SBA
sf-2942125

2

**[PROPOSED] Order**

PURSUANT TO STIPULATION, the deadline for the parties to file either a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference" is extended to thirty (30) days from the date this Order is filed.

IT IS SO ORDERED.

Dated: 1-12-11        By: _____
                            SAUNDRA BROWN ARMSTRONG
                            U.S. District Judge