ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Petitioners
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC.<br><br>Petitioners,<br><br>v.<br><br>HANTLE USA, INC.,<br><br>Defendant. | Case No.   CV-10-2160- SBA<br><br>**STIPULATION AND ORDER REGARDING ADR PROCEDURE**<br><br>Judge:  Hon. Saundra B. Armstrong |

The Court previously approved a one-month extension of time for the parties to submit either a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference." (Doc. No. 36.) The reason for the stipulated extension was that Plaintiffs intend to move to amend their complaint to add several new defendants, including Genmega, Inc. and two individuals. The parties agreed that in view of the possible addition of

new parties, it was premature to select an ADR process until after a decision is made on whether those new parties will be added.

After the previous extension was granted, the Court issued an order requesting further briefing related to Defendant Hantle USA, Inc.'s pending motion to dismiss and postponed the hearing on that motion and the concurrent Case Management Conference from February 1, 2011 to March 1, 2011.  In view of that postponement and Defendant's statement that it will not oppose filing of the Second Amended Complaint in the form provided by Plaintiffs if the motion to dismiss is denied (subject to resolution of an outstanding privilege issue), Plaintiffs have not yet sought leave to amend their complaint and the conditions that made it premature for the parties to select an ADR process one month ago thus remain in place.  Accordingly, the parties jointly request a further one-month extension of time to submit either a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference."

In addition to stipulating to the above, I, Grant L. Kim, attest that concurrence in the filing of this Stipulation has been obtained from Matthew Poppe, Counsel for Defendant Hantle USA.

Dated:  February 11, 2011

ADAM A. LEWIS
GRANT L. KIM
ALISON M. TUCHER
BARBARA N. BARATH
MORRISON & FOERSTER LLP

By:   /s/ Grant L. Kim /s/
      Grant L. Kim

Attorneys for Plaintiff(s)
HYOSUNG (AMERICA), INC.
NAUTILUS HYOSUNG, INC.

Dated: February 11, 2011

ROBERT E. FREITAS
MATTHEW H. POPPE
KRISTIN S. CORNUELLE
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ Matthew H. Poppe /s/_[as authorized]
          Matthew H. Poppe

Attorneys for Defendant
HANTLE USA, INC.

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/18/11      By: *Sandra B. Armstrong*