ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Petitioners
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC.,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>HANTLE USA, INC.,<br><br>　　　　　　　Defendant. | Case No.   CV-10-2160- SBA<br><br>**STIPULATION SEEKING EXTENSION OF TIME TO FILE STIPULATION OR MOTION REGARDING FILING OF SECOND AMENDED COMPLAINT AND  ORDER**<br><br>**Local Rule 6-2**<br><br>Judge: Hon. Saundra B. Armstrong |

　　　　WHEREAS, by Order of March 4, 2011 (Doc. No. 47), the Court directed that the parties meet and confer in an effort to reach an agreement concerning the filing of Plaintiffs' proposed Second Amended Complaint and file, by March 14, 2011, either a stipulation and proposed order for the filing of a Second Amended Complaint, or alternatively, a motion for leave to file a Second Amended Complaint in the event the parties are unable to enter into such a stipulation;

　　　　WHEREAS, Plaintiffs previously provided Defendant with a proposed Second Amended Complaint, which adds several new defendants, including Genmega, Inc. and two individuals;

1  WHEREAS, Defendant has previously stated that it would not oppose filing of the Second Amended Complaint in the form previously provided to it by Plaintiffs if the motion to dismiss was denied, subject to resolution of certain privilege issues raised by Defendant;

WHEREAS, the parties believe that it may be possible to reach an agreement that will result in a stipulated request to file the Second Amended Complaint, thereby avoiding the need for a noticed motion on this issue;

WHEREAS, the parties need a brief extension to complete their discussions concerning privilege issues and the filing of the Second Amended Complaint;

WHEREAS, a one-week extension is not expected to have a material impact on the schedule for other events in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, pursuant to Local Rule 6-2 and subject to the Court's approval, that the date for Plaintiffs to file a stipulation and proposed order for the filing of a Second Amended Complaint, or alternatively, a motion for leave to file a Second Amended Complaint in the event that the parties are unable to enter into such a stipulation, is hereby extended from March 14 to March 21, 2011.

In addition to stipulating to the above, I, Grant L. Kim, attest that concurrence in the filing of this Stipulation has been obtained from Matthew Poppe, Counsel for Defendant Hantle USA.

Dated: March 11, 2011

ADAM A. LEWIS
GRANT L. KIM
ALISON M. TUCHER
BARBARA N. BARATH
MORRISON & FOERSTER LLP

By: /s/ Grant L. Kim /s/
Grant L. Kim

Attorneys for Plaintiff(s)
HYOSUNG (AMERICA), INC.
NAUTILUS HYOSUNG, INC.

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT
CASE NO. CV-10-2160- SBA
sf-2968293

2

1 | Dated: March 11, 2011

ROBERT E. FREITAS
MATTHEW H. POPPE
KRISTIN S. CORNUELLE
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Matthew H. Poppe /s/ [as authorized]
     Matthew H. Poppe

Attorneys for Defendant
HANTLE USA, INC.

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _3/15/11   By: *Sandra B. Armstrong*
U.S. District Court Judge