1   MATTHEW H. POPPE (STATE BAR NO. 177854)
    mpoppe@orrick.com
2   KRISTIN S. CORNUELLE (STATE BAR NO. 245728)
    kcornuelle@orrick.com
3   JACOB A. SNOW (STATE BAR NO. 270988)
    jsnow@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:     650-614-7400
6   Facsimile:     650-614-7401

7   Attorneys for Defendants
    HANTLE, INC.
8   WON GEE LEE
    MYUNG WON SUH
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14   HYOSUNG (AMERICA), INC. and          Case No.   CV-10-2160- SBA
     NAUTILUS HYOSUNG INC.
15                                        **STIPULATION TO EXTEND**
                   Petitioners,           **TIME FOR DEFENDANT WON**
16                                        **GEE LEE TO ANSWER OR**
           v.                             **OTHERWISE RESPOND TO THE**
17                                        **SECOND AMENDED**
     HANTLE, INC. (fka Hantle USA, Inc.), **COMPLAINT**
18   GENMEGA, INC. (fka Huin, Inc.), WON GEE
     LEE and MYUNG WON SUH,               Judge:  Hon. Saundra B. Armstrong
19
                   Defendants.
20

21

22

23

24

25

26

27

28

1    WHEREAS, Defendant Won Gee Lee ("Mr. Lee") is subject to a criminal indictment in

2    the Republic of Korea;

3    WHEREAS, in light of the ongoing criminal proceeding in Korea, Mr. Lee plans to file a

4    motion to stay the instant proceedings and/or a motion for a protective order in this matter;

5    WHEREAS, the parties have agreed to extend the time for Mr. Lee to answer Plaintiffs'

6    Second Amended Complaint, subject to the conditions below;

7    NOW, THEREFORE, pursuant to Local Civil Rules 6-1(a), 7-1(a), and 7-12, all parties,

8    by and through their respective counsel, hereby stipulate as follows:

9    1.  The deadline for Mr. Lee to answer or otherwise respond to the Second Amended

10       Complaint is extended to May 13, 2011.

11   2.  Any motion to stay and/or motion for a protective order governing Mr. Lee and/or

12       any of the other defendants based on the ongoing Korean criminal proceedings

13       and/or the Fifth Amendment to the United States Constitution shall be filed no

14       later than May 13, 2011, though this stipulation shall not preclude future motions

15       for a stay or a protective order that may be based on new or changed circumstances

16       and are not being relied on as a basis for the present extension;

17   3.  Defendants shall meet and confer with Plaintiffs with respect to any such motion

18       to stay and/or motion for a protective order before filing;

19   4.  Plaintiffs shall file their opposition to any such motion stay and/or motion for a

20       protective order on or before June 3, 2011;

21   5.  Defendant(s) shall file any reply within seven (7) days of the date that Plaintiffs

22       file their opposition;

23   6.  The parties jointly request that the Court issue a ruling on such motion to stay

24       and/or motion for a protective order as soon as possible;

25   7.  This stipulation shall not extend any other applicable deadline in the litigation; and

26   8.  Mr. Lee and the other defendants shall participate in the Case Management

27       Conference scheduled for May 25, 2011 and the ENE Conference scheduled for

28       June 22, 2011, and shall not seek to postpone those events.

OHS WEST:261141675.1

1   Dated: May 3, 2011                    MATTHEW H. POPPE
                                          KRISTIN S. CORNUELLE
2                                         JACOB A. SNOW
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
3
                                          By:  /s/ Matthew H. Poppe /s/
4                                               Matthew H. Poppe

5                                         Attorneys for Defendants
                                          HANTLE, INC.
6                                         WON GEE LEE
                                          MYUNG WON SUH
7
    Dated: May 3, 2011                    ADAM A. LEWIS
8                                         GRANT L. KIM
                                          ALISON M. TUCHER
9                                         BARBARA N. BARATH
                                          MORRISON & FOERSTER LLP
10

11                                        By:  /s/ Grant L. Kim /s/ [as authorized]
12                                             Grant L. Kim

13                                        Attorneys for Plaintiffs
                                          HYOSUNG (AMERICA), INC.
14                                        NAUTILUS HYOSUNG, INC.

15
    Dated: May 3, 2011                    MICHAEL LI-MING WONG
16                                        THAD A. DAVIS
                                          ROCKY C. TSAI
17                                        ROPES & GRAY LLP

18

19                                        By:   /s/ Thad A. Davis /s/ [as authorized]
                                                Thad A. Davis
20
                                          Attorneys for Defendant
21                                        GENMEGA, INC.

22                              [PROPOSED] ORDER
23
24        PURSUANT TO STIPULATION IT IS SO ORDERED.

25
26        Dated: _ 5/6/11 _____    By:_ _Sandra B Armstrong_____
                                             United States District Court Judge
27

28
                                          STIPULATION TO EXTEND TIME FOR WON GEE LEE TO
                              -2-                   ANSWER OR RESPOND
                                                 CASE NO. CV-10-2160- SBA

    OHS WEST:261141675.1