ADAM A. LEWIS (Cal. Bar No. 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Plaintiffs
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH,<br><br>　　　　　　　Defendants. | Case No.   CV-10-2160-SBA<br><br>**ORDER GRANTING IN PART DEFENDANT WON GEE LEE'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE ANSWER UNDER SEAL**<br><br>Judge:   Hon. Saundra B. Armstrong |

Pursuant to Civil L.R. 7-10(b) and 79-5, Defendant Won Gee Lee filed a Miscellaneous Administrative Request for an order permitting him to file under seal his Answer to Plaintiffs' Second Amended Complaint For Avoidance and Recovery of Fraudulent Conveyance and Related Claims.

Based on the documents filed with the Court in connection with this administrative motion and the papers and records on file in this action, the Court hereby orders as follows:

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Defendant Won Gee Lee's Miscellaneous Administrative Request To File Answer Under Seal to the extent that it seeks to place the Answer under seal on a temporary basis until the Motion for Protective Order filed by Defendants Won Gee Lee, Myung Won Suh, and Hantle, Inc. is decided.  The Court DENIES Defendant Won Gee Lee's Miscellaneous Administrative Request to the extent that it seeks to place the Answer under seal on a permanent basis, regardless of the Court's ruling on the Motion for Protective Order.  The Court will address whether the Answer will remain under seal in its ruling on the Motion for Protective Order, which shall supersede this Order.

IT IS SO ORDERED.

DATED: _____5/19/11                                     _Saundra B. Armstrong_____
                                                         JUDGE SAUNDRA B. ARMSTRONG
                                                         UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING IN PART DEFENDANT WON GEE LEE'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE ANSWER UNDER SEAL — CV-10-2160-SBA
sf-2994992

1