UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HYOSUNG (AMERICA) INC., et al.,<br>                Plaintiffs, | No. C 10-2160 SBA |
| v. | **ORDER RE: ATTENDANCE** |
| HANTLE, INC. (fka HANTLE USA, INC.),<br>et al.,<br>                Defendants. | Date:                June 22, 2011<br>Neutral Evaluator:  Steven Blitch |

   IT IS HEREBY ORDERED that the requests to allow plaintiff Nautilus Hyosung, Inc.'s representatives, Chan Park and Shin Mok Lee; and defendant Hantle, Inc.'s representative, Hyun Seok Kim, and individual defendants Myung Won Suh and Won Gee Lee to participate by video conference in the June 22, 2011, ENE before Steven Blitch are GRANTED.  All of the individuals named in this order shall be available at all times to participate by video conference in the ENE session in accordance with ADR L.R. 5-10(f).

   The court also strongly encourages--but does not order--defendant Hantle, Inc. to send a U.S.-based representative to attend the ENE session in person.

   IT IS SO ORDERED.

June 2, 2011         By:         *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge