**United States District Court**

For the Northern District of California

1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7                              EUREKA DIVISION

8

9   HYOSUNG  (AMERICA),INC.  and          No. 10-cv-2160 SBA (NJV)
    NAUTILUS HYOSUNG, INC.,
10                                          ORDER REQUIRING FURTHER
                                            BRIEFING
11              Plaintiffs,

12         v.

13  HANTLE, INC. (fka Hantle USA, Inc.),
    GENMEGA, INC. (fka Huin, Inc.), WON GEE
14  LEE, and MYUNG WON SUH,

15              Defendants.
    _____/
16

17

18

19

20         On May 19, 2011, the Court entered an order granting in part Defendant Won Gee Lee's

21  miscellaneous administrative request to file his Answer under seal.  (Docket No.84.)  In that order,

22  the Court granted the motion "to the extent that it seeks to place the Answer under seal on a

23  temporary basis until the Motion for Protective Order filed by Defendants Won Gee Lee, Myung

24  Won Suh, and Hantle, Inc. is decided."  *Id*. at 2.  The Court stated that it would address whether the

25  Answer would remain under seal in its ruling on the motion for a protective order.  *Id.*

26         The Court has entered its order granting in part and denying in part Defendants' motion for a

27  protective order. (Docket No. 102)  The Court finds that further briefing is required regarding the

28  continued sealing of the Answer in light of that order.  Accordingly, the parties are HEREBY

1   ORDERED to file a joint letter brief, no long than five page in length, addressing that issue. The

2   letter brief shall be filed no later than July 15, 2011.

3   IT IS SO ORDERED.

4

5   Dated: July 1, 2011

6   _____

7   NANDOR J. VADAS
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2