UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA),INC. and NAUTILUS HYOSUNG, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH, <br><br> Defendants. | No. 10-cv-2160 SBA (NJV) <br><br> ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO COMPEL (Docket No. 123.) |

Plaintiffs' motion to compel Defendants to respond to document requests and interrogatories is set for hearing before this Court on September 14, 2011. The Court has determined that the matter has been adequately briefed such that no hearing is required. Accordingly, the hearing on September 14, 2011, is HEREBY VACATED and the matter shall stand submitted on the papers.

IT IS SO ORDERED.

Dated: September 8, 2011

NANDOR J. VADAS
United States Magistrate Judge