1   ADAM A. LEWIS (CA SBN 88736)
    (alewis@mofo.com)
2   GRANT L. KIM (Cal. Bar No. 114989)
    (gkim@mofo.com)
3   ALISON M. TUCHER (Cal. Bar No. 171363)
    (atucher@mofo.com)
4   BARBARA N. BARATH (Cal. Bar No. 268146)
    (bbarath@mofo.com)
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
7   Facsimile:   (415) 268-7522

8   Attorneys for Plaintiffs
    NAUTILUS HYOSUNG AMERICA, INC. and
9   NAUTILUS HYOSUNG INC.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14  NAUTILUS HYOSUNG AMERICA, INC. and       Case No.    CV-10-2160-SBA (NJV)
    NAUTILUS HYOSUNG INC.,
15                                            **STIPULATION SEEKING**
                    Plaintiffs,               **EXTENSION OF TIME TO JOIN**
16                                            **PARTIES OR AMEND**
                                              **PLEADINGS AND [ORDER**
17          v.
                                              **Local Rule 6-2**
18  HANTLE, INC. (fka Hantle USA, Inc.),
    GENMEGA, INC. (fka Huin, Inc.),          Judge:  Hon. Sandra B. Armstrong
19  WON GEE LEE, and MYUNG WON SUH,

20                  Defendants.

21

22          WHEREAS, by Order of May 31, 2011 (Doc. No. 88), the Court set a deadline of October

23  7, 2011 for the joinder of other parties and for amending the pleadings in this case;

24          WHEREAS, the parties need a brief extension of the deadline until October 31, 2011 to

25  join other parties and amend the pleadings;

26          WHEREAS, short extensions have been requested and granted in this case:  the parties

27  filed a stipulated request to extend the time to file a stipulation or motion regarding the filing of

28  the Second Amended Complaint by one week (Dkt. 49), which was granted by the Court (Dkt.

1   52); the parties filed a stipulated request to extend the time for Defendants Won Gee Lee and

2   Myung Won Suh to answer the Second Amended Complaint (Dkt. 67); after Myung Won Suh

3   filed his Answer at the stipulated time, the parties filed a further stipulated request to extend the

4   time for Won Gee Lee to file his answer (Dkt. 76), which the Court granted (Dkt. 77); Plaintiffs

5   filed an unopposed motion seeking a five day extension to submit a joint letter brief concerning

6   whether the Answer of Defendant Won Gee Lee should remain under seal in view of the Court's

7   Order granting in part and denying in part Defendants' Motion for a Protective Order (Dkt. 107),

8   which the Court granted (Dkt. 108);  and the Court granted the parties' stipulated request to

9   extend the deadline for conducting the ENE Session (Dkt. 74, 87);

10         WHEREAS, the requested extension is not expected to have a material impact on the

11   schedule for other events in this case;

12         NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

13   parties, pursuant to Local Rule 6-2 and subject to the Court's approval, that the deadline to join

14   other parties or to amend the pleadings is hereby extended from October 7 to October 31, 2011.

15         In addition to stipulating to the above, I, Barbara N. Barath, attest that concurrence in the

16   filing of this Stipulation has been obtained from Sarah C. Marriott, Counsel for Defendants

17   Hantle, Inc., Won Gee Lee, and Myung Won Suh, and from Rocky C. Tsai, Counsel for

18   Defendant Genmega, Inc.

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated:  October 6, 2011 |
| 2 | |
| 3 | |

Dated:  October 6, 2011

ADAM A. LEWIS
GRANT L. KIM
ALISON M. TUCHER
BARBARA N. BARATH
MORRISON & FOERSTER LLP

By:    /s/ Barbara N. Barath
        Barbara N. Barath

Attorneys for Plaintiffs
NAUTILUS HYOSUNG, INC.
NAUTILUS HYOSUNG AMERICA,
INC.

Dated: October 6, 2011

MICHAEL LI-MING WONG
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:    /s/ Rocky C. Tsai [as authorized]
        Rocky C. Tsai

Attorneys for Defendant
GENMEGA, INC.

Dated: October 6, 2011

MATTHEW H. POPPE
KRISTIN S. CORNUELLE
SARAH C. MARRIOTT
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE
LLP

By:    /s/ Sarah C. Marriott  [as authorized]
        Sarah C. Marriott

Attorneys for Defendants
HANTLE, INC. [fka Hantle USA, Inc.]
WON GEE LEE
MYUNG WON SUH

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/6/11

By: _____
U.S. District Court Judge

STIPULATION SEEKING EXTENSION OF TIME TO JOIN PARTIES OR AMEND PLEADINGS AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3053383

3