ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Plaintiffs
NAUTILUS HYOSUNG AMERICA, INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS HYOSUNG AMERICA, INC. and NAUTILUS HYOSUNG INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH, <br><br> Defendants. | Case No.   CV-10-2160-SBA (NJV) <br><br> **STIPULATED REQUEST TO EXTEND TIME TO JOIN PARTIES OR AMEND PLEADINGS AND ORDER** <br><br> **Local Rule 6-2** <br><br> Judge:  Hon. Saundra B. Armstrong |

WHEREAS, by Order of October 6, 2011 (Dkt. 137), the Court approved the parties' stipulated request to extend the deadline to add parties or amend pleadings until October 31, 2011;

WHEREAS, defendants had requested an extension of this deadline to provide the parties with time to engage in settlement discussions;

STIPULATED REQUEST TO EXTEND TIME TO JOIN PARTIES OR AMEND PLEADINGS AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3064113

1

1  WHEREAS, defendants have proposed a further two-week extension of the deadline to add parties or amend pleadings;

3  WHEREAS, in addition to the extension noted above, the following short extensions have been requested and granted in this case:  the Court granted the parties' stipulated request for a one-week extension of the time to file a stipulation or motion regarding the filing of the Second Amended Complaint (Dkt. 49, 52); the Court granted the parties' stipulated request to extend the time for Defendants Won Gee Lee and Myung Won Suh to answer the Second Amended Complaint (Dkt. 67), as well as the parties' stipulated request for a further extension of the time for Won Gee Lee to file his answer (Dkt. 76, 77); the Court granted Plaintiffs' unopposed motion for a five day extension to submit a joint letter brief concerning whether the Answer of Defendant Won Gee Lee should remain under seal (Dkt. 107, 108); and the Court granted the parties' stipulated request to extend the deadline for conducting the ENE Session (Dkt. 74, 87);

13  WHEREAS, the parties have agreed to extend the current deadlines to respond to pending discovery requests by two weeks;

15  WHEREAS, the parties are not requesting an extension of any other dates;

16  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, pursuant to Local Rule 6-2 and subject to the Court's approval, that the deadline to join other parties or to amend the pleadings is hereby extended from October 31, 2011 to November 14, 2011.

20  In addition to stipulating to the above, I, Grant L. Kim, attest that concurrence in the filing of this Stipulation has been obtained from Matthew H. Poppe, Counsel for Defendants Hantle, Inc., Won Gee Lee, and Myung Won Suh, and from Rocky C. Tsai, Counsel for Defendant Genmega, Inc.

STIPULATION SEEKING EXTENSION OF TIME TO JOIN PARTIES OR AMEND PLEADINGS AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3064113

2

| | | |
|---|---|---|
| 1 | Dated: October 28, 2011 | ADAM A. LEWIS |
| 2 | | GRANT L. KIM<br>ALISON M. TUCHER |
| 3 | | BARBARA N. BARATH<br>MORRISON & FOERSTER LLP |
| 4 | | By:   /s/ Grant L. Kim |
| 5 | | Grant L. Kim |
| 6 | | Attorneys for Plaintiffs<br>NAUTILUS HYOSUNG, INC. |
| 7 | | NAUTILUS HYOSUNG AMERICA, INC. |
| 8 | Dated: October 28, 2011 | MICHAEL LI-MING WONG |
| 9 | | THAD A. DAVIS<br>ROCKY C. TSAI |
| 10 | | ROPES & GRAY LLP |
| 11 | | By:   /s/ Rocky C. Tsai [as authorized]<br>Rocky C. Tsai |
| 12 | | Attorneys for Defendant |
| 13 | | GENMEGA, INC. |
| 14 | Dated: October 28, 2011 | MATTHEW H. POPPE |
| 15 | | KRISTIN S. CORNUELLE<br>SARAH C. MARRIOTT |
| 16 | | JACOB A. SNOW<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 17 | | |
| 18 | | By:   /s/ Matthew H. Poppe_[as authorized]<br>Matthew H. Poppe |
| 19 | | Attorneys for Defendants |
| 20 | | HANTLE, INC. [fka Hantle USA, Inc.]<br>WON GEE LEE |
| 21 | | MYUNG WON SUH |

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/7/11          By: *[signature]*
U.S. District Court Judge

STIPULATION SEEKING EXTENSION OF TIME TO JOIN PARTIES OR AMEND PLEADINGS AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3064113

3