ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs
NAUTILUS HYOSUNG AMERICA, INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS HYOSUNG AMERICA, INC. and NAUTILUS HYOSUNG INC., <br><br>Plaintiffs, <br><br>v. <br><br>HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH, <br><br>Defendants. | Case No. CV-10-2160-SBA (NJV) <br><br>**STIPULATED REQUEST FOR RULING ON MOTIONS TO AMEND WITHOUT ORAL ARGUMENT AND ORDER** <br><br>**Local Rule 7-1(b)** <br><br>Judge: Hon. Saundra B. Armstrong |

WHEREAS, the deadline to add parties or amend pleadings is November 18, 2011 (Dkt. No. 142);

WHEREAS, Plaintiffs Nautilus Hyosung America, Inc. and Nautilus Hyosung Inc. and Defendant Genmega, Inc. intend to file motions for leave to amend their pleadings to add claims and counterclaims on November 18, 2011;

STIPULATED REQUEST FOR RULING ON MOTIONS TO AMEND WITHOUT ORAL ARGUMENT AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3072837

1

1  WHEREAS, the parties have agreed to file any oppositions by December 2, 2011 pursuant
2  to Local Rule 7-3(a);

3  WHEREAS, the parties have agreed to file any replies by December 9, 2011 pursuant to
4  Local Rule 7-3(c);

5  WHEREAS, the parties have agreed that the briefing schedule may be altered by future
6  agreement of the parties, with notice to the Court;

7  WHEREAS, there are no hearing dates available for civil motions before March 27, 2012
8  and the parties thus plan to notice their motions for that date;

9  WHEREAS, the Court set a discovery cut-off date of March 30, 2012 for this case (Dkt.
10 No. 87);

11 WHEREAS, the parties have agreed that it is in the interest of all the parties to obtain a
12 ruling on the motions for leave to amend as soon as possible so that the parties will know the
13 scope of the case;

14 WHEREAS, the parties have agreed that their motions for leave to amend are suitable for
15 decision without oral argument;

16 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the
17 parties, pursuant to Local Rule 7-1(b) and subject to the Court's approval, that the parties'
18 motions for leave to amend their pleadings may be determined without oral argument. The
19 parties jointly request that the Court issue an order as soon as possible after the briefing is
20 completed.

21 In addition to stipulating to the above, I, Barbara N. Barath, attest that concurrence in the
22 filing of this Stipulation has been obtained from Matthew H. Poppe, Counsel for Defendants
23 Hantle, Inc., Won Gee Lee, and Myung Won Suh, and from Rocky C. Tsai, Counsel for
24 Defendant Genmega, Inc.

25
26
27
28

1 | Dated: November 18, 2011 | ADAM A. LEWIS
|  | GRANT L. KIM
2 |  | ALISON M. TUCHER
|  | BARBARA N. BARATH
3 |  | MORRISON & FOERSTER LLP

4 | By: /s/ Barbara N. Barath
|    Barbara N. Barath

5

6 | Attorneys for Plaintiffs
| NAUTILUS HYOSUNG, INC.
| NAUTILUS HYOSUNG AMERICA,
7 | INC.

8 | Dated: November 18, 2011 | MICHAEL LI-MING WONG
|  | THAD A. DAVIS
9 |  | ROCKY C. TSAI
|  | ROPES & GRAY LLP
10

11 | By: /s/ Rocky C. Tsai [as authorized]
|    Rocky C. Tsai

12 | Attorneys for Defendant
| GENMEGA, INC.
13

14 | Dated: November 18, 2011 | MATTHEW H. POPPE
|  | KRISTIN S. CORNUELLE
15 |  | SARAH C. MARRIOTT
|  | JACOB A. SNOW
16 |  | ORRICK, HERRINGTON & SUTCLIFFE
|  | LLP
17

18 | By: /s/ Matthew H. Poppe_[as authorized]
|    Matthew H. Poppe

19 | Attorneys for Defendants
| HANTLE, INC. [fka Hantle USA, Inc.]
20 | WON GEE LEE
| MYUNG WON SUH

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _11/29/11      By: [signature]
                     U.S. District Court Judge

STIPULATED REQUEST FOR RULING ON MOTIONS TO AMEND WITHOUT ORAL ARGUMENT AND [PROPOSED] ORDER
CASE NO. CV-10-2160-SBA (NJV)
sf-3072837

3