UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS HYOSUNG AMERICA, INC. and NAUTILUS HYOSUNG INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH,<br><br>Defendants. | Case No. CV-10-2160-SBA (NJV)<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' REPLY TO HANTLE, INC.'S, WON GEE LEE, AND MYUNG WON SUH'S OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Judge: Hon. Saundra B. Armstrong |

Plaintiffs have filed a Reply to Hantle, Inc., Won Gee Lee, and Myung Won Suh's Opposition to Plaintiffs' Motion for Leave to Amend Complaint (the "Reply"). In support of the Reply, Plaintiffs have lodged a Confidential Declaration of Grant L. Kim (the "Confidential Kim Declaration"). Plaintiffs have also filed an Administrative Motion pursuant to Civil Local Rule 7-11 and 79-5 to file under seal the Confidential Kim Declaration; Exhibits 1-3 thereto; and the portions of the Reply that disclose the contents of Exhibits 1-3.

The Court finds that there is good cause to file the Confidential Kim Declaration, accompanying Exhibits 1-3, and the portions of the Reply that disclose the contents of Exhibits 1-3 under seal. Accordingly, the Court hereby **GRANTS** the Plaintiffs' Administrative Motion File Documents Under Seal. IT IS FURTHER ORDERED THAT Plaintiffs are permitted to file under seal:

1. the Confidential Kim Declaration;
2. Exhibits 1-3 to the Confidential Kim Declaration; and
3. a redacted version of the Reply.

IT IS SO ORDERED.

Dated: _12/12/11

_____
HONORABLE SAUNDRA B. ARMSTRONG