1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS HYOSUNG AMERICA, INC. and NAUTILUS HYOSUNG INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH, <br><br> Defendants. | **Case No.  10-cv-2160-SBA (NJV)** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** <br><br> **[LOCAL RULE 6-3]** |

Plaintiffs have filed a Motion to Modify the Case Management Schedule. Having considered Plaintiffs' motion and all related documents on file in this action, the Court finds that the motion (Dkt. 168) should be granted.

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiffs' Motion to Modify the Case Management Schedule and ORDERS that the Case Management Schedule shall be modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off; Initial Expert Reports Due | 3/30/12 | 5/18/12 |
| Rebuttal Expert Reports | 4/13/12 | 6/1/12 |
| Expert Discovery Cut-Off | 5/25/12 | 7/3/12 |
| Dispositive Motion Filing Deadline | 6/19/12 | N/A |
| Dispositive Motion Hearing Deadline | 7/24/12 | No change |
| Mandatory Settlement Conference | Between 8/1 and 8/17 | Between 8/1 and 8/17 (same) |
| Counsel to confer on Pretrial Issues | 8/21/12 | 8/21/12 (same) |
| Pretrial Statement, Trial Brief, and Related Submissions | 8/28/12 | 8/28/12 (same) |
| Final Pretrial Conference | 9/18/12 | 9/18/12 (same) |
| Trial begins | 9/24/12 | 9/24/12 (same) |

DATED: 3/27/12

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Proposed Order submitted by Morrison & Foerster LLP, counsel for Plaintiffs.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT SCHEDULE
CASE NO. CV-10-CV-2160-SBA (NJV)
sf-3121597

1