ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
BARBARA N. BARATH (Cal. Bar No. 268146)
(bbarath@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs
NAUTILUS HYOSUNG AMERICA, INC. and
NAUTILUS HYOSUNG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NAUTILUS HYOSUNG AMERICA, INC. and NAUTILUS HYOSUNG INC.,

Plaintiffs,

v.

HANTLE, INC. (fka Hantle USA, Inc.), GENMEGA, INC. (fka Huin, Inc.), WON GEE LEE, and MYUNG WON SUH,

Defendants.

Case No. CV-10-2160-SBA (NJV)

**STIPULATED REQUEST TO MODIFY CASE MANAGEMENT SCHEDULE AND ORDER**

**Local Rule 7-1(b)**

Judge: Hon. Saundra B. Armstrong

WHEREAS, the Court previously granted Plaintiffs' motion to extend the fact discovery cut-off date until May 18, 2012 and to make related adjustments to other dates, given that the parties have been discussing settlement and agreed to defer discovery so as to avoid incurring litigation costs that would be unnecessary if the case is settled (Dkt. 173);

WHEREAS, the parties have exchanged several drafts of settlement agreements and believe that they will be able to sign a final settlement agreement within the next several weeks;

WHEREAS, the parties have agreed to continue to defer discovery so as to avoid incurring litigation costs that would be unnecessary if the case is settled;

WHEREAS, the parties have agreed that the discovery cut-off and expert disclosure dates should be vacated, so they will not need to engage in discovery while finalizing the settlement;

WHEREAS, the parties have agreed that it is premature to set new dates now since this depends on future developments, and there will be no need to set new dates if the settlement is finalized;

WHEREAS, the following extensions have been requested and granted in this case:

- The parties filed a stipulated request to extend the time to file a stipulation or motion regarding the filing of the Second Amended Complaint by one week (Dkt. 49), which was granted by the Court (Dkt. 52);
- The parties filed a stipulated request to extend the time for Defendants Won Gee Lee and Myung Won Suh to answer the Second Amended Complaint (Dkt. 67); after Myung Won Suh filed his Answer at the stipulated time, the parties filed a further stipulated request to extend the time for Won Gee Lee to file his answer (Dkt. 76), which the Court granted (Dkt. 77);
- Plaintiffs filed an unopposed motion seeking a five day extension to submit a joint letter brief concerning whether the Answer of Defendant Won Gee Lee should remain under seal in view of the Court's Order granting in part and denying in part Defendants' Motion for a Protective Order (Dkt. 107), which the Court granted (Dkt. 108);
- Plaintiffs filed a motion to modify the Case Management Schedule on March 20, 2012 (Dkt. 168), which this Court granted on March 26, 2012 (Dkt. 173)
- The Court granted the parties' stipulated request to extend the deadline for conducting the ENE Session (Dkt. 74, 87); and
- The Court granted the parties' three stipulated requests to extend the deadline for amending pleadings (Dkt. 137, 139, 142).

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties, pursuant to Local Rule 7-1(b) and subject to the Court's approval, that the cut-off dates for fact and expert discovery and for expert disclosures are vacated. Within four weeks of the date that this Stipulation is approved by the Court, the parties shall either file a stipulated request to terminate this action in view of a final settlement agreement among them, or shall submit a Joint Status Report advising the Court on proposed adjustments to the case management schedule.

In addition to stipulating to the above, I, Grant L. Kim, attest that concurrence in the filing of this Stipulation has been obtained from Matthew H. Poppe, Counsel for Defendants Hantle, Inc., Won Gee Lee, and Myung Won Suh, and from Michael Li-Ming Wong, Counsel for Defendant Genmega, Inc.

Dated: May 17, 2012

ADAM A. LEWIS
GRANT L. KIM
ALISON M. TUCHER
BARBARA N. BARATH
MORRISON & FOERSTER LLP

By: /s/ Grant L. Kim
Grant L. Kim

Attorneys for Plaintiffs
NAUTILUS HYOSUNG, INC.
NAUTILUS HYOSUNG AMERICA, INC.

Dated: May 17, 2012

MICHAEL LI-MING WONG
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai [as authorized]
Rocky C. Tsai

Attorneys for Defendant
GENMEGA, INC.

Dated: May 17, 2012

MATTHEW H. POPPE
KRISTIN S. CORNUELLE
SARAH C. MARRIOTT
JACOB A. SNOW
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Sarah C. Marriott_[as authorized]
Sarah C. Marriott

Attorneys for Defendants
HANTLE, INC. [fka Hantle USA, Inc.]
WON GEE LEE
MYUNG WON SUH

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:5/18/12

By: Saundra B. Armstrong
U.S. District Court Judge